

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** 07cv01322 (RMC) |
| **DEFENDANT** All Property in E-Gold Account Number 3921533 | **TYPE OF PROCESS** Verified Complaint for Forfeiture in Rem |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
$945,491.22 in U.S. Currency

SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
William R. Cowden
Laurel Loomis Rimon
Assistant United States Attorneys
555 4th Street, NW, Room 4824
Washington, DC 20530

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Agency Case No. 327-774-8703-S

Signature of Attorney or other Originator requesting service on behalf of: (X) Plaintiff ( ) Defendant
William R. Cowden
TELEPHONE NO. (202) 307-0258
DATE 8/23/2007

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated.
District of Origin No. _____
District to Serve No. _____
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.
DATE

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.
( ) A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)
DATE OF SERVICE 10-11-07
TIME OF SERVICE 245 ( ) AM (✓) PM
SIGNATURE, TITLE AND TREASURY AGENCY

**REMARKS:**

The above Property was seized on 8/24/2007.

TD F 90-22.48 (6/96)