Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    Plaintiff(s)

v.

ALL PROPERTY IN/UNDERLYING
E-GOLD ACCOUNT NUMBER 3921533

    Defendant(s)

Civil Action No. 07-1322 (RMC)

RE: ALL PROPERTY IN/UNDERLYING
E-GOLD ACCOUNT NUMBER 3921533

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on October 11, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 2nd day of July, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____T. Gumiel_____
       Deputy Clerk